ANDREW J. MELECHINSKY *v.* ROMAN J. LEXTON ET AL.

The action requested of this court in the document entitled "Supplemental Brief to Reply to May 28th Motion to Dismiss Notices of Appeal," dated October 4, 1974, is denied.

*Andrew J. Melechinsky,* pro se, in support of the motion.

Submitted October 8—decided October 9, 1974

STATE OF CONNECTICUT *v.* EDWARD YORCZYK

The defendant's motion to set aside the verdict of the trial court and to direct an entry of a judgment of not guilty in the appeal from the Appellate Division of the Circuit Court is denied.

*Richard E. Gruskin,* for the appellant (defendant).

*Walter H. Prescott,* assistant state prosecutor, for the appellee (state).

Argued October 10—decided October 10, 1974

STATE OF CONNECTICUT *v.* SALVATORE ANNUNZIATO

The defendant's motion to expedite the appeal from the Superior Court in New Haven County having been rendered moot by the adoption of the amendments to the rules of practice, effective October 15, 1974, is dismissed.

*Howard A. Jacobs,* in support of the motion.

Submitted September 18—decided October 24, 1974